**No. 48978.**—Protest 894351–G (B) of Canadian Western Lumber Co. (Los Angeles).

Opinion by WALKER, J. At the hearing the examiner testified that all of the items on the invoice, with the exception of 3, consisted of lumber and that those 3 consisted of timber and should have been returned at the 50-cent rate under paragraph 401, but free of the tax imposed under the revenue act. In accordance therewith and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624), which record was incorporated herein, the protest was sustained only as to the 3 items above mentioned.

BEFORE THE SECOND DIVISION, NOVEMBER 24, 1943

**No. 48979.**—Protest 87704–K of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by TILSON, J. At the trial one witness testified on behalf of the plaintiff, from which testimony it was established that the pajamas are not composed in any part of braid but are in part of fringe. In view of the concession by counsel for the plaintiff that the pajama shirt, coat or blouse, the pants and the belt are dutiable as an entirety, the evidence was found to bring the merchandise squarely within the rule laid down in *Akawo* v. *United States* (6 Cust. Ct. 370, C. D. 498). In accordance therewith the protest was overruled without affirming the classification of the collector, and the pajamas were held dutiable as articles in part of fringe.

**No. 48980.**—Protests 639594–G, etc., of S. G. Gump Co., Inc. (San Francisco).

Opinion by TILSON, J. The evidence before the court was found to bring the merchandise squarely within the ruling in Abstracts 27956, 30090, 39824, and 43244, and *Strompen* v. *United States* (T. D. 48984). In accordance therewith the protests were sustained to this extent.

**No. 48981.**—Protest 29201–K of Olivier Straw Goods Corp. (New York).

Opinion by TILSON, J. The record showed that certain items consist of racello hats the same as those involved in Abstract 47291, the record in which case was admitted in evidence herein. In accordance therewith the protest was sustained to this extent.